G. A. Kelly, of Chicago, Ill., for appellee.

Before ALSCHULER, Circuit Judge.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between the parties hereto, through their respective solicitors, that the appeal of the plaintiff from the decree entered in the above-entitled cause be dismissed and that no costs be assessed against the plaintiff (appellant)."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed pursuant to the above stipulation.

## BYERS MACHINE COMPANY v. KEYSTONE DRILLER COMPANY.

### No. 6459.

Circuit Court of Appeals, Sixth Circuit.

May 9, 1934.

See, also, 4 F. Supp. 159.

Zane, Morse & Norman, of Chicago, Ill., and Fay, Oberlin & Fay, of Cleveland, Ohio, for appellants.

Richey & Watts, of Cleveland, Ohio, for appellee.

PER CURIAM.

Order of District Court set aside, and cause remanded.

## CARSON PETROLEUM CO. v. PIONEER RUBBER CO.

### No. 6485.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1934.

David Copland, of Cleveland, Ohio, for appellant.

Rowley & Carpenter, of Norwalk, Ohio, and Gilbert Bettman, of Cincinnati, Ohio, for appellee.

PER CURIAM.

Judgment of District Court [1] affirmed.

## James CATALANOTTE v. UNITED STATES of America.

### No. 6757.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1934.

Donald B. Frederick, of Detroit, Mich., for appellant.

Louis M. Hopping, Asst. U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.

## CHECKER CAB COMPANY et al. v. COSDEN OIL CORPORATION, Assignee of George N. Moore and Henry Zweifel, Receivers of Cosden Oil Company.

### No. 6704.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1934.

[1] Not for publication.